No. 1930.—FREDERICK BAUER *v.* THE SUCCESSION OF JEAN E. MARTIN.

If the record shows that the court below has erred in maintaining the plea of prescription, it will be reversed on appeal, and, if no other defense is set up, the Supreme Court will give judgment in conformity with the demand.

APPEAL from Second District Court, parish of Orleans. *Thomas*, J. *Whitaker & Rice*, for plaintiff and appellant. *Collens & Wooldridge*, for defendant and appellee.

LUDELING, C. J. This suit is based on two promissory notes. The defense is prescription. An examination of the record convinces us that the plea is untenable.

It is therefore ordered and adjudged that the judgment of the district court be avoided, and that there be judgment against the defendant for the sum of six hundred dollars, with six per cent. per annum interest on three hundred dollars, from twenty-seventh July, 1861 to twenty-seventh July, 1863, and at the rate of eight per cent. per annum thereafter till paid; and six per centum per annum interest on three hundred dollars from the twenty-seventh of July, 1861, to twenty-seventh July, 1862, and eight per centum per annum interest thereafter, subject to a credit of seventy-six dollars and seventy-five cents paid on the twenty-second day of March, 1867, and for costs of both courts, to be paid in due course of administration.